PATRICK TIERNEY *vs.* JOHN ROTANTE.

Third Judicial District.

Argued October 26th—decided November 7th, 1923.

ACTION to recover damages for personal injuries alleged to have been caused by the negligence of the defendant, brought to the Superior Court in Fairfield County and tried to the jury before *Wolfe, J.;* verdict and judgment for the plaintiff for $2,000, and appeal by the defendant from the denial of his motion to set the verdict aside. *No error.*

*John A. Walsh,* for the appellant (defendant).

*Matthew H. Kenealy,* for the appellee (plaintiff).

PER CURIAM. There was a fair conflict in the evidence as to how the accident occurred.

The verdict of the jury imported that it found in accordance with the plaintiff's claim, as it had the right to do, and the evidence was such that it might reasonably have found that the defendant was negligent and that the plaintiff was in the exercise of due care.

There is no error.